NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

03-113

STATE OF LOUISIANA

VERSUS

JEREMIE C. DAVIS

**********
APPEAL FROM THE
THIRTY-FIFTH JUDICIAL DISTRICT COURT
PARISH OF GRANT, NO. 02-006
HONORABLE W. PEYTON CUNNINGHAM  JR., DISTRICT JUDGE

**********
**NED E. DOUCET  JR.,
CHIEF JUDGE**

**********

Court composed of Ned E. Doucet  Jr.,Chief Judge, Billie Colombaro Woodard, and Jimmie C. Peters, Judges.

**AFFIRMED.  MOTION TO WITHDRAW GRANTED.**

Joseph P. Beck,  II, D.A.
Mark L. Talley, A.D.A.
P. O. Box 309
Colfax, LA 71417
Counsel for: Appellee
        State of Louisiana

Edward K. Bauman
La. Appellate Project
P. O. Box 1641
Lake Charles, LA 70602-1641
Counsel for: Defendant/Appellant
        Jeremie C. Davis